NUMBER 13-02-553-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

_______________________________________________________________


THE STATE OF TEXAS , Appellant,



v.




RICHARD PAUL HOGAN, Appellee.

_______________________________________________________________


On appeal from the County Court 

of Wharton County, Texas.

_______________________________________________________________



MEMORANDUM OPINION


Before Justices Rodriguez, Castillo, and Kennedy (1)

Opinion Per Curiam


 The State of Texas perfected an appeal from a judgment entered by the County Court of Wharton County,
Texas, in cause number 47,063 . Appellant has filed a motion to dismiss the appeal. In the motion, appellant
states that it does not desire to prosecute the appeal in this case and requests that this Court dismiss the
appeal.

 The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the
opinion that appellant's motion to dismiss the appeal should be granted. Appellant's motion to dismiss the
appeal is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Opinion delivered and filed this

the 8th day of May, 2003 .

1. Retired Justice Noah Kennedy assigned to this Court by the Chief Justice of the Supreme Court of Texas
pursuant to Tex. Gov't Code Ann. § 74.003 (Vernon 1998).